```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

ESTATE OF KENNETH W. TRATAR,    )
                                )
            Plaintiff,          )
                                )
      v.                        )    No.  13 C 1562
                                )
FIRST FEDERAL SAVINGS BANK OF   )
OTTAWA, et al.,                 )
                                )
            Defendants.         )
```

## MEMORANDUM ORDER

This Court's brief March 13, 2013 memorandum order ("Order") rejected the hopelessly turgid and Rule-violative Complaint that had been filed in the name of the Estate of Kenneth Tratar (though it was obviously drafted by an undisclosed lawyer who apparently lacked the courage to identify himself or herself as the document's author). Although the Order struck the Complaint sua sponte, this Court then directed that an Amended Complaint must be filed on or before April 2, with a Judge's Copy to be delivered to this Court's chambers.

Now April 2 has come and gone without anything forthcoming to replace the stricken Complaint. That adds noncompliance with a court order to the original noncompliance with Rule 8(a)(2). This action is dismissed for want of prosecution.

							_____
							Milton I. Shadur
							Senior United States District Judge

Date:  April 24, 2013